UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2006 NOV -1 P 3: 04

UNITED STATES OF AMERICA

v.

RICHARD STEWART REESE

CASE NO. 3:06-cr-362-J-33mCR
Ct. 1:  18 U.S.C. § 248(a)(3)

# INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about June 29, 2006, in Duval County, Florida, in the Middle District of Florida,

RICHARD STEWART REESE

the defendant herein, did willfully and intentionally attempt to damage and destroy the property of Planned Parenthood, Jacksonville, Florida, because Planned Parenthood is a facility that provides reproductive health services in Jacksonville, Florida.

In violation of Title 18, United States Code, Section 248(a)(3).

PAUL I. PEREZ
United States Attorney

By: _____
Ronald T. Henry
Assistant United States Attorney

By: _____
Brian M. Kane
Assistant United States Attorney
Chief, Jacksonville Division